FILED
July 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003644127

Total Pages: 2
James E. Salven
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, CA 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

William & Renee Ball

Debtor.
_____/

Case No. 11-14788-B-7

DC No. JES-2

**TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))**

Date: August 17, 2011
Time: 10:00 a.m.
Dept: B

James E. Salven, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on or about 04/25/11. James Salven was appointed Chapter 7 Trustee on or about 04/25/11.

3. Among the assets of the estate are: **1987 Jeep Cherokee**, bearing VIN 1JCMR7744HT161274; 1985 Corvette, bearing VIN 1G1YY0789F5130919; 2006 Imago Trailer, bearing VIN 1Z9D281066C253058

4. The Trustee wishes to sell the subject assets so that the proceeds can benefit the estate. The estate has elected to sell the

1 subject assets by means of a public auction to be held on or after
2 08/17/2011, at 1328 North Sierra Vista, Fresno, California.

3     5.   The Trustee believes that the sale is in the best
4 interests of the estate.

5     6.   The property proposed to be sold constitutes a portion of
6 the personal property in possession of the debtors at the time the
7 case was filed.

8     **WHEREFORE,** Movant prays as follows:

9     1.   For an Order approving the public auction sale of the
10 subject property described above, to be held on or after 08/17/2011,
11 at 1328 North Sierra Vista, Fresno, California; and

12     2.   For such other and further relief as the Court deems just
13 and proper.

16 Dated: 7/20/11      By: _____
                                               James E. Salven, Trustee